**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Harry T. McDowell Jr.<br>&<br>Kristina A. McDowell<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 17-18672 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Matteo S. Weiner, Esquire**
          Matteo S. Weiner, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734