United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Harry T. McDowell, Jr.
Kristina A McDowell
    Debtors

Case No. 17-18672-mdc
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 1 of 1 | Date Rcvd: May 04, 2018 |
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db/jdb    +Harry T. McDowell, Jr.,   Kristina A McDowell,   5918 Lawndale Street,   Philadelphia, PA 19120-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
    BRAD J. SADEK    on behalf of Debtor Harry T. McDowell, Jr. brad@sadeklaw.com, bradsadek@gmail.com
    BRAD J. SADEK    on behalf of Joint Debtor Kristina A McDowell brad@sadeklaw.com, bradsadek@gmail.com
    MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 7

Harry T. McDowell, Jr. and Kristina A McDowell : Case No. 17−18672−mdc

    Debtor(s)

### ORDER
_____

AND NOW, this day , May 4, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

20
Form 195