United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18672-mdc
Harry T. McDowell, Jr.                                                    Chapter 7
Kristina A McDowell
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2              Date Rcvd: May 04, 2018
                              Form ID: 318           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
```
db/jdb         +Harry T. McDowell, Jr.,    Kristina A McDowell,    5918 Lawndale Street,
                 Philadelphia, PA 19120-1210
14034569       +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14034570       +Bank Of America, N.a,    4909 Savarese Cir,    Tampa, FL 33634-2413
14034571       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14034578       +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14034579      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: Ccs/first Savings Bank,     500 E 60th St N,    Sioux Falls, SD 57104)
14034583       +Gfs/kay Jewelers,    Po Box 4485,    Beaverton, OR 97076-4485
14034584       +Kay Jewelers/gfs,    Po Box 4480,    Beaverton, OR 97076-4480
14034587       +New Castle Superior Court,    405 North King Street, Suite 509,    Wilmington, DE 19801-3772
14034595       +Wawa/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: BTPDERSHAW.COM May 05 2018 05:58:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: bankruptcy@phila.gov May 05 2018 01:57:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2018 01:56:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2018 01:57:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14034567       +EDI: GMACFS.COM May 05 2018 05:58:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14034568       +E-mail/Text: broman@amhfcu.org May 05 2018 01:56:56      American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14034574        EDI: CAPITALONE.COM May 05 2018 05:58:00      Capital One Bank Usa,    15000 Capital One Dr,
                 Richmond, VA 23238
14034573       +EDI: CAPONEAUTO.COM May 05 2018 05:58:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
14036092       +EDI: AISACG.COM May 05 2018 05:58:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14034577       +E-mail/Text: bankruptcy@cavps.com May 05 2018 01:57:00      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14034580       +EDI: WFNNB.COM May 05 2018 05:58:00      Comenity Bank/lnbryant,    Po Box 182789,
                 Columbus, OH 43218-2789
14034581       +EDI: WFNNB.COM May 05 2018 05:58:00      Comenitycapital/bosc,    Po Box 182120,
                 Columbus, OH 43218-2120
14034582       +EDI: RCSFNBMARIN.COM May 05 2018 05:58:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14034585       +EDI: MERRICKBANK.COM May 05 2018 05:58:00      Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14034589       +EDI: AGFINANCE.COM May 05 2018 05:58:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14034898       +EDI: PRA.COM May 05 2018 05:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14034590       +EDI: RMSC.COM May 05 2018 05:58:00      Syncb/car Care Aamco,    Po Box 965036,
                 Orlando, FL 32896-5036
14034591       +EDI: RMSC.COM May 05 2018 05:58:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
14034592       +EDI: WTRRNBANK.COM May 05 2018 05:58:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
14034593       +EDI: CITICORP.COM May 05 2018 05:58:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14034594       +EDI: TFSR.COM May 05 2018 05:58:00      Toyota Motor Credit Co,    Po Box 9786,
                 Cedar Rapids, IA 52409-0004
14034596       +EDI: WFFC.COM May 05 2018 05:58:00      Wellsfargo Financial,    Po Box 94498,
                 Las Vegas, NV 89193-4498
                                                                                               TOTAL: 22
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14034572*       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14034575*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa,     15000 Capital One Dr,    Richmond, VA 23238)
14034576*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa,     15000 Capital One Dr,    Richmond, VA 23238)
14034586*       +Merrick Bank Corp,    Po Box 9201,    Old Bethpage, NY 11804-9001
14034588*       +New Castle Superior Court,    405 North King Street, Suite 509,    Wilmington, DE 19801-3772
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2           User: admin              Page 2 of 2                   Date Rcvd: May 04, 2018
                               Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2018 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor Harry T. McDowell, Jr. brad@sadeklaw.com, bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Joint Debtor Kristina A McDowell brad@sadeklaw.com,
           bradsadek@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Harry T. McDowell Jr.** | Social Security number or ITIN | **xxx–xx–6844** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kristina A McDowell** | Social Security number or ITIN | **xxx–xx–2941** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | |
| Case number:  **17–18672–mdc** | | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harry T. McDowell Jr.                    Kristina A McDowell

<u>5/3/18</u>                    **By the court:**  <u>Magdeline D. Coleman</u>
                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**